**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

-vs-                                               Case No. 6:08-cr-212-Orl-31GJK

**CARLOS J. LOPEZ**

---

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** SEALED MOTION (Doc. No. S-1)
>
> **FILED:** May 27, 2009
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

Having reviewed the sealed motion (Doc. S-1), the Court finds that the Defendant has failed to show good cause for it to be granted.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on May 26, 2009.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant

Carlos J. Lopez